No. 195 March 27, 2024 633

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DANNY EDWARD JONES,
*Defendant-Appellant.*

Multnomah County Circuit Court
22CR25214; A180744

Eric L. Dahlin, Judge.

Submitted February 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals from a judgment of conviction for two counts of felony strangulation constituting domestic violence, ORS 163.187(4). His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Based on incidents in May 2022, defendant was charged with four counts of felony strangulation constituting domestic violence, ORS 163.187(4) (Counts 1-4) and one count of felony fourth-degree assault constituting domestic violence, ORS 163.160(3) (Count 5). After a jury trial, defendant was found guilty of all counts. At sentencing, the trial court merged Count 2 with Count 1 and imposed a sentence of 16 months in prison and 24 months of post-prison supervision. The trial court merged Counts 4 and 5 with Count 3 and imposed a stipulated sentence of five years of supervised probation.

Having reviewed the record, including the trial court's pretrial rulings, the testimony of the witnesses, the jury instructions, the closing arguments, and the arguments at sentencing, and the brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).